UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) No. 22-cr-1152-BAS
                             )
               Plaintiff,    )
     vs.                     ) Monday, October 3, 2022
                             )
KARIM ARABI, et al.,         ) Motion Hearing
                             )
               Defendant.    )
_____)
```

BEFORE THE HONORABLE CYNTHIA A. BASHANT
UNITED STATES DISTRICT JUDGE

PAGES 1 - 28

APPEARANCES:

```
For Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                      880 Front Street, Suite 6293
                      San Diego, California  92101
                      By: NICHOLAS W. PILCHAK, AUSA
                          ERIC R. OLAH, AUSA

For Defendant 1,      BIENERT KATZMAN LITTRELL WILLIAMS, LLP
KARIM ARABI:          903 Calle Amanecer, Suite 350
                      San Clemente, California  92673
                      By: WHITNEY Z. BERNSTEIN, ESQ.

For Defendant 3,      GIBSON, DUNN & CRUTCHER
SANJIV TANEJA:        3161 Michelson Drive
                      Irvine, California  92612
                      By:  NICOLA T. HANNA, ESQ.

For Defendant 4,      KING & SPALDING, LLP
ALI AKBAR SHOKOUHI:   633 West Fifth Street, Suite 1700
                      Los Angeles, California  90071
                      BY: BLYTHE GOLAY KOCHSIEK, ESQ.

Reported by:          ANNE ROLDAN, RPR, CRR, CA CSR No. 13095
                      District Court Clerk's Office
                      333 West Broadway, Suite 420
                      San Diego, California  92101
```

Reported by stenotype; transcribed by computer.

<u>**MONDAY, OCTOBER 3, 2022, 3:00 P.M.**</u>

**\*\*\***

1   **THE CLERK:**  Calling Matter No. 22, 22-cr-1152,

2   United States of America vs. Karim Arabi, Sanjiv -- I'm sorry

3   if I mangle these -- Sanjiv Taneja, and Ali Akbar Shokouhi, on

4   calendar for motion hearing.

5   **MR. PILCHAK:**  Good afternoon, your Honor.  Nicholas

6   Pilchak and Eric Olah for the United States.

7   **THE COURT:**  Good afternoon.

8   **MS. BERNSTEIN:**  Good afternoon, your Honor.  Whitney

9   Bernstein for Mr. Arabi, who is present before the Court on the

10  bond.

11  **MR. HANNA:**  Good afternoon, your Honor.  Nick Hannah

12  on behalf of Sanjiv Taneja, who is present before the Court on

13  bond.

14  **THE COURT:**  Nice to see you.

15  **MS. KOCHSIEK:**  Good afternoon, your Honor.  Blythe

16  Kochsiek for Ali Akbar Shokouhi, who is present on bond.

17  **THE COURT:**  Okay.  This is set -- we set it for

18  motions in December.  The only motion in front of me today is

19  the protective order.  And I've read all the papers.

20  I can tell you first of all, on the first issue,

21  Defense suggests that treating the other co-defendant -- we

22  should treat her like a witness.

23  But she's not a witness; she's a co-defendant.  And if

she shows up in the United States as a witness, then she's
subject to arrest, and the protective order can be modified at
that time.  The protective order can be modified at any time.

But at this point, she's not in the country.  She's --
when she gets extradited here, we can address those issues.
But my tentative with respect to the first issue is to deny the
Defense's request and to adopt the Government's suggestion as
far as the protective order.

On the second issue, I tend to agree with the Defense
on the timing of this.  You know, the protective order was
submitted to -- to give Qualcomm time, 60 days, and that was
some time ago.  Do we really need 60 days for Qualcomm to
review the order, or can we just set it out a week or so or
two?  So those are kind of my tentative thoughts.

Mr. Pilchak?

**MR. PILCHAK:**  Thank you, your Honor.  I think given
the Court's tentative on the first issue, I'm largely prepared
to submit.

I would just point out -- I think the Court can
probably already appreciate this -- that Sheida Alan,
Defendant 2, has it within her power to waive extradition and,
you know, come down and submit to this Court's jurisdiction at
any time.  And at that point, I think, you know, we would
pursue a protective order with her that would be similar to the
protective orders that we're proposing with the other

1    defendants.

2         This issue could and should and, almost certainly,

3    will go away.  We're not trying by our position to influence

4    any Canadian extradition.  We're trying to prevent anyone else,

5    especially Ms. Alan, from doing that.

6         To turn to the second issue, I understand the Court's

7    concern about the time.  The first thing that I'll say is the

8    Defense, quite sensibly, in their opposition, say, you know,

9    this case presumably has been investigated for a while.  They

10   don't understand why this is worked out by the time the case

11   was indicted, which I think is a fair concern.

12        I'll just say from my client's perspective, this

13   investigation was managed to be as covert as possible until the

14   arrest warrants were executed.  Because of the small community

15   of engineers and tech executives that sort of operate in this

16   area that's central to this case, the Government was very

17   concerned about, you know, word of the investigation leaking

18   back to the targets and then them potentially fleeing or

19   altering evidence.

20        So the process to identify whether a document needs

21   some sort of heightened protection involves not just lawyers

22   looking at it and making sort of a lawyer judgment, but it

23   involves, in our understanding, extensive communication with

24   engineers inside of Qualcomm and often many different engineers

25   inside of Qualcomm, even to identify who is the right person to

1    answer that question.

2           We understand that that process has been going on

3    vigorously and diligently for several weeks now, that there are

4    a number of documents that have been already through that

5    process, but certainly not all of them and, in fact,

6    potentially not even half of them.

7           So it would be our request that we, you know, be

8    allowed some additional time to complete that review and then,

9    if necessary, for any documents that do remain subject to a

10   claim for heightened protection, that we be allowed to make a

11   submission to the Court for those with the justification for

12   those documents at that time.

13          If the Court's not permitted to enter any sort of

14   *Attorneys' Eyes Only* restrictions at this point, we would

15   request instead that the Court make an order, even just a

16   verbal order, by minute order today, allowing us to defer

17   discovery of that set of documents for some period.  If the

18   Court is not willing to grant us 60 days, we would ask,

19   respectfully, for 30 to make those submissions and have the

20   Court rule on them before the end of that time period.

21          Again, it's our hope that there won't be any claim of

22   heightened protection for most of the documents, given the

23   passage of time.  But at this point, we do think that at least

24   for a few of the documents, we will have to ask the Court for

25   protections, and then the Court can sort of rule on those at

1  that juncture.

2          **THE COURT:**  Ms. Bernstein?

3          **MS. BERNSTEIN:**  Thank you, your Honor.  And I think

4  what we're going to do today, if it is okay with the Court, is

5  I'll take up the first issue, the discovery regarding Sheida,

6  and my colleague will take up the *Attorneys' Eyes Only* issue.

7          **THE COURT:**  Okay.

8          **MS. BERNSTEIN:**  Thank you.  Sorry.  I have a bit of a

9  cold.

10          So I guess, you know, in light of the Court's

11  tentative, I want to speak directly to your Honor's concerns.

12  And it just is -- we've been put in a very untenable position.

13  We are being really kind of held hostage by what Ms. Alan does

14  or does not do in Canada.  We have no ability to control

15  whether she submits to extradition, contests extradition.

16          I can represent to the Court, I'm not even familiar

17  with what the extradition proceedings are.  But it is my

18  understanding that she can go through those and just avail

19  herself of the due process that is available to her in the

20  Canadian judicial system, which is the country that she has

21  always resided -- that she has resided in for some period of

22  time of which she is a citizen of.

23          She is now in their jurisdiction.  She's on pretrial

24  release.  As a condition of her release up there, it's my

25  understanding that she is prohibited from speaking to any of

1    the defendants here.  And so she's subjected herself to the

2    jurisdiction of her country's courts.  So I just want to, I

3    guess, address this idea that she's sort of outside the realm

4    of the judicial system.

5          But what she does or does not do up there can't

6    handcuff our ability to defend the case down here before

7    your Honor.  Our clients have been arrested.  The case is

8    proceeding.  At some point, your Honor will set a trial date.

9    Discovery here is massive.  The subject matter here is highly

10   technical.  It is not something that is just sort of within our

11   common knowledge or purview.  It's something we really need to

12   work with our clients on.

13         **THE COURT:**  I'm just going to interrupt you.  How does

14   it hamstring you?  You'll get the discovery.  You'll have it.

15   You'll have a chance to review it with your client.  You'll

16   have a chance -- the only thing you can't do is talk to her

17   about it.

18         **MS. BERNSTEIN:**  Well, actually, I think we can speak

19   to her about it.  And I think even the Government acknowledges

20   that we can speak to her about it.  I think what we can't do is

21   we can't share documents with her.  And I think that goes to

22   something that is, I guess, important for the Court's calculus

23   in this as well.

24         You know, the background here which is relevant is

25   that this is a 2015 business dispute with Qualcomm.  In 2017,

1   Qualcomm initiated a civil case.  It worked its way through the

2   civil system.  It was settled.  There was a release of claims.

3   Everyone walked away from it with their settlements.

4        And Qualcomm then makes a referral to the U.S.

5   Attorney's Office, who then indicts the case, arrests the

6   clients -- my client in a, you know, very animated raid and

7   handcuff his wife and his children.  The Government then exerts

8   their entire power over this case.  And --

9        **THE COURT:**  Let's focus on the protective order and

10  Sheida Alan and how it hamstrings you.

11       **MS. BERNSTEIN:**  In the civil case, your Honor, there

12  was -- Mr. Arabi and Ms. Alan received over 600,000

13  documents -- over 600,000 pages in the civil case.

14       This first tranche of discovery from the Government is

15  270,000 pages, and they've represented it's mostly exclusively

16  Qualcomm documents.  There will be later returns of Grand Jury

17  documents, but this first tranche that we're here for is

18  270,000 pages of Qualcomm documents, which represents a small

19  percentage of what Ms. Alan already has from the civil case.

20       And so the idea that there can be a document and I can

21  describe it to her counsel and have her counsel go and find

22  that document in her set of discovery from the civil case, but

23  all I can't do is just share with her the actual document, just

24  creates a really undue burden for us to have to be defending

25  the case.

1    It's not about the subject matter.  This is not an

2    issue where we're concerned about what happens with witnesses

3    or we're concerned about an ongoing investigation.  The

4    Government readily concedes that.

5    And the Government seems to also redly concede that

6    there's not really good cause on a page-by-page basis for this

7    protective order.  And we're not here arguing against the

8    issuance of one at all.  We're here saying to the Court this is

9    a critical witness.

10   For example, your Honor, the Indictment alleges that

11   there were emails that were sent from Ms. Alan's email account

12   that were actually authored by my client, and that this is one

13   of the ways in which this fraud was perpetuated.

14   For me to not be able to speak to Ms. Alan -- to show

15   Ms. Alan's counsel, *Here's a document,* for example, and *Here's*

16   *some other documents, Here's some other emails.  Who wrote this*

17   *email?  Do you think it was your client?  Was it my client?*

18   *What's going on with this email?*  It really hamstrings our

19   ability to investigate it.

20   And moreover, since I can sort of find that document

21   and then, at great expense to my client and my personal time,

22   go find it in the civil discovery and then tell her, *This is*

23   *where it is in the civil discovery,* it just undermines this

24   whole idea -- I don't know what it is that the Government is so

25   worried about or how she can use the discovery here to impact

1  her extradition proceedings.  But respectfully, that can't
2  trump the rights of these defendants and of my client to defend
3  the case, to investigate the case.

4          This is a massive and old case where we need to now go
5  and rehash and re-litigate things that have already been dealt
6  with.  We can't do that without the assistance of the clients,
7  given the technical nature of the charges here, as well as
8  without being able to speak to Ms. Alan's attorney and share
9  documents with Ms. Alan's attorney, especially given that one
10  of the main thrusts here is that we acted as some type of alter
11  ego for her.

12          So that's the way in which it would hamstring our
13  ability to defend the case.  And the Government -- or a
14  suggestion that we come to the Court and ask for modification
15  on a document-by-document basis is really unworkable.  It
16  forces us to reveal Defense strategy that the Government would
17  otherwise not be privy to.

18          I don't know if the Government would put in place some
19  type of taint team.  But I guess more to the point, it's
20  unclear what criteria your Honor would even use to assess, *Do*
21  *the due process rights of the defendants in front of me trump*
22  *the Government's right to prevent Ms. Alan from seeing*
23  *discovery because she has a case proceeding in her home*
24  *country.*

25          And so my understanding of extradition, albeit

limited, is that it can take years.  And we certainly cannot

have a provision -- or I don't know if the Court simply pauses

this matter from its calendar for many years.  But we can't,

for years, be in this posture where we can't defend the case,

we can't investigate the claims, we can't get to the bottom of

these stale civil allegations that have been brought in a

criminal context with very serious and dire consequences for

these defendants because we -- Ms. Alan is working her way

through her judicial system.

        And so we do ask the Court -- you know, the proposal

we put forth is to treat her -- her being a co-conspirator and

critical witness -- just like any other witness and to have the

same restrictions, which are still restrictions.  I mean, it

still does create burden on Defense Counsel to have to show

documents instead of email documents.  But those are things

that, in the spirit of just reasonableness, we're willing to go

forward with to be able to get the discovery and get this case

going.

        And we can't simply not be able to defend the case --

we can't agree to provisions that prevent us from doing our

job, that prevent us from doing a fulsome and thorough

investigation as to all of the overt acts here, all of the

allegations here, and what was hashed out in the civil case and

what wasn't hashed out in the civil case.

        And so we would -- you know, the position that the

1   Government is taking here really does impede our rights.  And

2   we can't bear the brunt of that.

3          I think I just come back to this idea, your Honor,

4   that there's no -- you know, she has 600,000 documents.  And

5   those were produced largely from Qualcomm.  Some of them

6   were -- they were all produced in the litigation with Qualcomm

7   in State Court.  It's 635,000 documents.

8          She has those documents.  She has access to those

9   documents.  Nothing prevents her from using those documents.

10  So she, in fact, has a bigger -- and this criminal case is

11  based on identical claims as the civil case.  So there's not --

12  this doesn't cover different subject matter.  She has the

13  documents.  And there's no reason and no prohibition on us

14  describing a document for her and proceeding in that way.

15         And so all that does is create a really undue burden.

16  And it undermines any sort of purported justification to

17  protect these materials when all the Government is concerned

18  about is a Bates-stamped copy.

19         I don't know what she could do with a Bates-stamped

20  copy.  But to the extent they have concerns about it, we have

21  agreed to this midway point of, okay, we won't give those to

22  her.  But we certainly have to be able to fully investigate

23  these allegations ourselves.

24         And so we do submit that the restriction as the

25  Government has written it is -- it unduly prejudices our rights

1  to prep this for trial.  And it's really untenable position

2  that could last for years for us.  I don't think this is going

3  to be -- I don't know, but I certainly don't think we can bank

4  on this being as simple as next week she'll be here.

5          Certainly, if she is, we can all move to modify a

6  protective order at that time.  And we would, of course.  We

7  wouldn't ask that she maintain the status as a witness under

8  the protective order.  We'd ask that she be treated as every

9  other defendant.  But we can't be locked into this position for

10  years to come.  It will negatively affect our ability to

11  prepare.

12          **THE COURT:**  Let me hear from the Government just on

13  that issue.  And I guess the thing I'm most interested in

14  hearing from is, does she already have all these documents?

15          **MR. PILCHAK:**  That's an interesting question,

16  your Honor.  I, standing here, don't know that.  I know that

17  they were produced in the civil suit.  I know that they were

18  subject to restrictions on a protective order in the civil suit

19  that limited people's ability to use them and keep them.

20          But I don't know what the status of that is today with

21  Ms. Alan in Canada and with her former civil counsel.  It may

22  be that she has access to all of them.  I think it's about

23  600,000-and-change pages, not documents.  But I think that may

24  very well be true.

25          If it is true, I think it actually undercuts the

1   burden on the Defense, though.  Because I think if we produce

2   an identical document to them in this discovery, I believe

3   still bearing the civil Bates stamp but with an additional

4   Bates stamp from this criminal action on it, I think

5   Ms. Bernstein could just tell Ms. Alan or her lawyer, *It's*

6   *Document 1234,* and they could go look at it.  And I don't think

7   there would be much of a burden on the Defense.

8          If everyone is scratching their head about why we're

9   so interested in this protective order then, if that's the

10  case, I think it's the best that we can do with the state of

11  affairs today.

12         This Court doesn't, I don't think, have jurisdiction

13  or the ability to tell Ms. Alan in Canada to disgorge documents

14  that she may already have.  Because, number one, she's outside

15  the Court's jurisdiction, and she's in Canada.  And number two,

16  the civil discovery isn't really a part of this dispute.  So if

17  she has those documents, that ship has sailed, and I think

18  there's nothing more for the Court to be done in this case.

19         **THE COURT:**  Except that I -- why would I be concerned

20  about a protective order if she's already got the documents?

21         **MR. PILCHAK:**  Because I think there are other

22  documents that are going to be produced in this action,

23  hundreds of thousands of pages of other documents that are

24  going to be produced in this action that --

25         **THE COURT:**  That she does not have.

**MR. PILCHAK:**  That are not from the civil suit.  I also dispute Ms. Bernstein's claim that the claims in this case are nothing but a re-heat and a re-hash of the civil claims from the civil suit.  I think that there is more at stake, more at issue, and other crimes that are charged in this case.  But I'll save that argument for another day.

But there certainly is hundreds of thousands of pages of additional discovery that were not produced in the civil suit.  And so if the Defense position were, *Let's do the protective order that the Government wants for everything except the civil discovery,* I think that would be a reasonable position for the Court to take.

Our request would be that there simply be some more facts in the record about Sheida Alan's access to the civil discovery beyond a representation from counsel, as I'm just -- I'm not questioning anybody.  I just don't know what that's based on.

But if it were really a proveable, knowable fact that Ms. Alan does still have access to the civil discovery and believes that she's free to use it in defending this case, then the Court may wish to take the position that this limit in the protective order applies only to documents besides the civil discovery because, look, she already has those.

But if that is the case, again, I think that undercuts most of the force of Ms. Bernstein's about how badly the

1   Defense is hamstrung here because there are 600,000 pages of

2   highly relevant discovery that they can discuss with Ms. Alan

3   and her counsel.

4        **MS. BERNSTEIN:**  Your Honor, certainly, if the

5   Government is producing discovery that has the civil Bates

6   stamp on it, then that's different, if I'm not having to go and

7   fish for the document and find the contents, maintain databases

8   that are, you know, very expensive to host this volume.

9        And Mr. Pilchak is right:  It is pages, not documents

10  I'm sorry for using those words interchangeably.  But it's not

11  that it undercuts the force of my argument; it's what's the

12  point of a court order?  If that's the case, then --

13       **THE COURT:**  Well, what about the argument that, okay,

14  so let's say I don't -- I limit the protective order to those

15  documents she doesn't have?

16       **MS. BERNSTEIN:**  I think that -- Mr. Pilchak knows the

17  discovery, of course, better than I do, having yet to receive a

18  single page.

19       But I believe, from conversations with Ms. Heesch,

20  that the documents that she may not have are these Grand Jury

21  returns, and that the Grand Jury returns are going to be

22  voluminous and are subject to a protective order, only because

23  the Government doesn't want to redact P.I.I. and have to

24  produce different versions of each to each defendant.  And, you

25  know, that's not good cause under Rule 16, but we do understand

1  the logistical challenges with a case that's massive and this

2  size.

3       So do we keep documents entirely away from Sheida

4  because they're Grand Jury returns that she otherwise doesn't

5  have a copy of?  I still submit that there's not good cause for

6  that and that we don't -- we should not be unable to

7  investigate -- because I believe some of it's going to deal

8  with money and where the money went, and there's a lot of money

9  laundering charges here -- that we should not be unable to

10  investigate that and speak to her counsel about it.

11       We can agree -- I don't think there's good cause to

12  hide documents from her.  But we will agree to not mail her a

13  copy of them.  And so I think that that might address the other

14  stuff.

15       **THE COURT:**  I can see both sides of this.  If I were

16  to limit the protective order to those documents she doesn't

17  have, is there some way to know -- do you know what documents

18  were produced in civil discovery and what weren't?

19       **MR. PILCHAK:**  I think it's very easy to identify which

20  documents were produced in civil discovery, because they'll

21  bear certain marks and stamps, as long as they haven't been

22  altered.  And, of course, no one can say whether that would or

23  could be done.

24       But I think it's more difficult to say does she have

25  access to them today, and does she view herself as legally

1    permitted to use them in her criminal case.  Because, as I

2    said, number one, they were subject to the civil protective

3    order; number two, as a factual matter, whether she still has

4    them sitting today, I just can't tell the Court anything about

5    that.  Maybe the Defense can.

6            MS. BERNSTEIN:  And, your Honor, I don't --

7            THE COURT:  Before we get to that, what is your worry?

8    Let's say she's seen the documents.  She maybe doesn't have

9    them today.  What is the worry about those particular

10   documents?  She knows they exist.

11           I understand the worry about things, you know, she

12   might transfer forfeitable assets.  She might try to -- I don't

13   know.  She might learn things that she didn't learn during the

14   civil case that could cause her to do something that would

15   cause problems in the case.

16           MR. PILCHAK:  Fair enough, your Honor.  I think having

17   spoken with folks who are more expert in extraditions than I

18   am -- and I share Ms. Bernstein's position.  That's not my

19   bread and butter, either -- that there is mischief that someone

20   can make in a foreign proceeding if they have access to a slice

21   or all of the complete records from discovery in the criminal

22   suit that's pending in another country.

23           In the extradition in Canada, there's what's called a

24   record of the case that limits the facts that are available in

25   extradition to those that are put forward in certain pleadings.

1    If someone is free to sort of sprinkle other pieces of evidence

2    into the record, then it requires a response that involves,

3    still, other pieces of evidence from this proceeding.

4           And for example, I'm told that can badly prolong an

5    extradition proceeding abroad by requiring rounds of discovery

6    from the different sides to build out the underlying factual

7    record there.

8           So our concern is, if, for example, the Defense were

9    showing documents to Sheida through a video teleconference or

10   something, it would be very easy for her to capture those

11   documents on her side, even unbeknownst to the Defense team

12   here, by simply using a screen-capture software or an iPhone to

13   video what is being shown to her on the screen.

14          In that situation, if she became exposed to documents

15   that she didn't have at her disposal in Canada, she could then

16   use those documents in her extradition proceeding to try to

17   undermine the extradition in Canada.  And I think that's one of

18   the real concrete, non-speculative harms that the United States

19   has shown in our papers here.

20          We're not trying to malign Ms. Alan by suggesting that

21   she would do that.  But I do think she does have a strong

22   incentive to do that and to try to frustrate the extradition to

23   come to the United States.

24          **THE COURT:**  My thought is that, to the extent

25   documents produced in civil discovery, that ship may have

1    already sailed.

2         **MR. PILCHAK:**  And if she still has them today, the

3    Court is absolutely right.  If she doesn't, or if she is of the

4    view that she can't use those documents in her criminal

5    extradition in Canada --

6         **THE COURT:**  But that sort of undermines your argument

7    that she's of the view that she can't use them.  She's outside

8    the jurisdiction of the Court to enforce the protective order,

9    so she could use whatever she wants.

10        **MR. PILCHAK:**  And I think that likely is her view.

11   But again, I can't peer inside her head.  All I can tell you is

12   what the strong risk is.

13        But I agree with the Court:  If she has the civil

14   documents today, and she is -- you know, would intend to use

15   those to frustrate her extradition, I think she can do that.  I

16   just don't know the factual predicates for that question.

17        **THE COURT:**  Let me hear about the second issue, the

18   *Attorneys' Eyes Only* issue.

19        **MS. BERNSTEIN:**  Okay.  Thank you, your Honor.

20        **MR. HANNA:**  Your Honor, may I have one minute?

21        **THE COURT:**  Sure.

22      (Pause.)

23        **MR. HANNA:**  Good afternoon, your Honor.  Pleasure to

24   be in your court.

25        **THE COURT:**  Nice to see you.

1    **MR. HANNA:**  On the *Attorneys' Eyes Only* provision, I

2    would just say we really need to -- our clients need to see

3    whatever documents are at issue in this case.  As Ms. Bernstein

4    mentioned, the transaction at issue happened in 2015 relating

5    to technology from 2015.  So it's quite old technology.

6         Qualcomm filed suit in 2017, and documents were

7    exchanged.  The parties ultimately settled.  My client settled

8    in 2018, I believe, and got a full release to Qualcomm's

9    satisfaction.  And so now we're in 2022.

10        And the case -- I'm putting aside the money laundering

11   allegations, which are based on the funds that the defendants

12   received from the Qualcomm transaction.  This really does seem

13   to us, at least based on what we know, to be duplicative of the

14   civil case and relate to the same issues as the civil case and

15   the same technology as the civil case.

16        And it's technology that I wouldn't understand if I

17   looked at the documents.  I'm still working on figuring out my

18   iPhone.  So I need my client to be able to look at those

19   documents, see them, help explain those to us.  So that's why

20   we have concerns about the *Attorneys' Eyes Only* provision.

21        The Government's -- the only basis that the Government

22   has stated as to why they need the *Attorneys' Eyes Only*

23   provision is in their brief, in which they basically say they

24   have a concern that Defendant Arabi, who is a former Qualcomm

25   employee, might reveal technical information to third parties.

When I read the protective order, with or without the *AEO* designation, that's prohibited.  The discovery can only be used in connection with this case.  It can't be disclosed to third parties.  It can't be posted on the Internet.  So I think the protections are already there if that is the stated concern.

And so I don't see the need for *AEO designation*.  It just, frankly, inhibits our ability to sit down with our clients and go over the technical documents and try to understand what those documents are and how they fit into the case.

Mr. Pilchak said, well, you know, Qualcomm needs more time because this has been -- you know, this has been covert on the Government's side.  I'm not sure I understand why that would necessarily prohibit Qualcomm from reviewing the documents internally.

Qualcomm has IP litigation every day of the week.  And this is a regular course for them to go through and determine what documents are super secret or less secret or just merely confidential or not important at all.  So without something in the record, a declaration from Qualcomm or something, I think the Government comes to the Court bare-handed and just says, well, you know, we had a concern, and, therefore, that justifies the delay.

I think if the Court were to impose a short delay to

1    give the Government some time to pull the things together, we

2    could certainly live with that.  We're trying to be reasonable

3    here.  We've agreed to most everything in this protective

4    order.

5           But what we're concerned about is letting Qualcomm --

6    which did settle with everybody, gave everyone releases and

7    apparently referred this to the United States -- now putting a

8    thumb on the scale and saying, well, these documents can't be

9    shown to these defendants.  I think Qualcomm should have known

10   or would have known -- they have very good counsel in civil

11   cases.  They've got a number of former AUSAs who work over

12   there.  They would know that if there was a criminal

13   prosecution, they would have to turn the stuff over and the

14   stuff would get provided to the Defense.

15          So with that, your Honor, I'll sit down.  So we can

16   certainly agree to some minor delay, just to, you know, have

17   the Government kind of get its ducks in a row here.  But we

18   certainly oppose Qualcomm designating anything as *AEO* at the

19   end of the day.  Thank you.

20          **THE COURT:**  What about the argument that the

21   protective order already covers this?

22          **MR. PILCHAK:**  Well, your Honor, I think it's true as a

23   formal matter.  For example, you know, if one of defendants, in

24   a spite of vindictiveness -- again, not trying to malign

25   anybody -- but, you know, posted it to Facebook and said, *Have*

1   *a look.  Here's Qualcomm's secret sauce for testing microchips*

2   *because I don't like these guys because they're, you know --*

3   *they've got a criminal action against me.*  That would be

4   covered by the protective order.

5        I think the problem is sometimes it's not so clear.

6   And sometimes the concern can be what's going on inside a

7   defendant's head, especially when the defendant still works in

8   the very same highly specialized, highly technical industry

9   even today, such that if, during or shortly after this suit,

10  someone were to go off and start a new business venture with

11  surprisingly similar technology, you know, what's the

12  enforceable right in that situation to say, you know, *We think*

13  *you derived that from that stuff you were shown in the criminal*

14  *case?*

15        I think, you know, everyone believes that if we can't

16  be in that situation, it would be easier, simpler, better.  I

17  understand the Defense's concern that they want their clients'

18  input to go over this discovery.  And I'm sure the Court would

19  be very sensitive in policing that in any submission --

20  detailed submission that we make and say here the hundred or

21  200 documents we think absolutely do still need some kind of

22  heightened protection.  I know the Court will be very vigilant

23  on that and take that very seriously.

24        I would just point out, the documents that we, you

25  know, have put aside for this potential consideration now are

1   less than 5 percent of even the first round of discovery.  I'm

2   terrible at math, but I think that's right, 270,000 pages.

3   There's about 10,000 pages that had this mark in Qualcomm's

4   production from the civil suit.

5           So I think there's every opportunity for the Defense

6   to get started with investigating this case with the first

7   260,000 pages of the first round of discovery.

8           I think everybody's expectation is that this suit will

9   be around for a while in your Honor's court, and that I think

10  there's time in there for another 60 days for a thoughtful

11  consideration of the individual documents here, given the

12  expected lifespan of the case.

13          **THE COURT:**  Okay.  With respect to the first issue,

14  what I will do is, I will sign the proposed protective order

15  from the Government, but I will limit it to anything that was

16  not produced in civil discovery.  So you're going to have to

17  find a way to word that.

18          But anything that was produced in civil discovery, I

19  don't think -- whether she has it in her possession or not, I

20  think that the justification for having the protective order in

21  place becomes less when it's something she already knows about

22  and has already seen.  So I will limit it to just those

23  documents that were not produced in civil discovery.

24          With respect to the second issue, here's my thought:

25  I'll give you, or Qualcomm, another three weeks to take a look

1  at the documents.  And I will -- you may designate those

2  *Attorneys' Eyes Only.*

3          I can tell you I'm going to be very reluctant to not

4  allow -- to keep any of those on *Attorneys Eyes Only*, because I

5  agree with Mr. Hanna that it almost impossibly hamstrings a

6  lawyer to try and look at something and not understand,

7  particularly when you're talking -- it sounds like you're

8  talking about the technical aspect, the technical information.

9          And for an attorney to have to understand that without

10 putting it in front of his client and saying, *Tell me what I'm*

11 *looking at,* I think really impossibly hamstrings the Defense.

12         So I'll give you three weeks for Qualcomm to take a

13 look at it.  You may designate it *Attorneys' Eyes Only* for the

14 remaining 21 days.  But by October 22nd, I'd like to know if

15 there is anything that you are requiring remain *Attorneys' Eyes*

16 *Only,* and then we can cross that bridge.  I've sort of given

17 you my tentative on that.

18         **MR. PILCHAK:**  And I appreciate that very much.  I just

19 want to make sure I understand the Court's order so we can

20 abide by it.

21         Within 21 days from today, you'd like us to have made

22 a submission for any documents we believe should still be

23 designated?

24         **THE COURT:**  Yes.

25         **MR. PILCHAK:**  Okay.

1        **THE COURT:**  And I'm really hoping you're not going to

2  submit 10,000 documents for me to take a look at.

3        **MR. PILCHAK:**  I understand, your Honor.  And we'll

4  keep that in mind.  10,000 pages, not 10,000 documents.

5        **THE COURT:**  10,000 pages is 10,000 pages.

6        **MR. PILCHAK:**  I understood.  Thank you.

7        **THE COURT:**  All right.  So that's by October -- what

8  is today, the 3rd? -- 24th.  Are we on the same page?

9        By October 24th.

10        **MR. PILCHAK:**  Thank you, your Honor.  And then as to

11  the first issue, you said that you would sign the order that we

12  submitted.  But were you leaving it to us to add language

13  about --

14        **THE COURT:**  Yes.

15        **MR. PILCHAK:**  Yes.

16        **THE COURT:**  And hopefully agree to something.  And if

17  not, you can submit both versions to me.

18        **MR. PILCHAK:**  Very good.

19        **THE COURT:**  Okay.  Thank you.  And we're still set for

20  December 5th.  So we will see you then.

21        **MR. PILCHAK:**  Thank you, your Honor.

22        **MS. BERNSTEIN:**  Thank you.

23        **MR. HANNA:**  Thank you.

24        **MR. PILCHAK:**  Have a good afternoon.

25        **THE COURT:**  Thank you.

1     (Proceedings adjourned at 3:32 p.m.)

2                              ***

3                    REPORTER'S CERTIFICATE

4          I, Anne Roldan, certify that I am a duly qualified
   and acting Official Court Reporter for the United States
5  District Court;
           That the foregoing is a true and accurate transcript
6  of the proceedings as taken by me in the above-entitled matter
   on October 3, 2022; and that the format used complies with the
7  rules and requirements of the United States Judicial
   Conference.

8

9

10 /s/ _____
   Anne M. Roldan, RPR, CRR, CSR
11
   Date:  October 24, 2022
12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. HANNA: [4]  20/20
20/23 21/1 27/23
MR. PILCHAK: [18]
3/16 13/15 14/21 15/1
17/19 18/16 20/2 20/10
23/22 26/18 26/25 27/3
27/6 27/10 27/15 27/18
27/21 27/24
MS. BERNSTEIN: [9]
6/3 6/8 7/18 8/11 16/4
16/16 18/6 20/19 27/22
THE COURT: [25]  6/2
6/7 7/13 8/9 13/12 14/19
14/25 16/13 17/15 18/7
19/24 20/6 20/17 20/21
20/25 23/20 25/13 26/24
27/1 27/5 27/7 27/14
27/16 27/19 27/25

**1**

**10,000 [6]**  25/3 27/2
27/4 27/4 27/5 27/5
**1234 [1]**  14/6
**16 [1]**  16/25

**2**

**200 [1]**  24/21
**2015 [3]**  7/25 21/4 21/5
**2017 [2]**  7/25 21/6
**2018 [1]**  21/8
**2022 [1]**  21/9
**21 [2]**  26/14 26/21
**22nd [1]**  26/14
**24th [2]**  27/8 27/9
**260,000 [1]**  25/7
**270,000 [3]**  8/15 8/18
25/2

**3**

**30 [1]**  5/19
**3:32 [1]**  28/1
**3rd [1]**  27/8

**5**

**5 percent [1]**  25/1
**5th [1]**  27/20

**6**

**60 [4]**  3/11 3/12 5/18
25/10
**600,000 [4]**  8/12 8/13
12/4 16/1
**635,000 [1]**  12/7

**A**

**abide [1]**  26/20
**ability [8]**  6/14 7/6 9/19
10/13 13/10 13/19 14/13
22/8
**able [6]**  9/14 10/8 11/17
11/19 12/22 21/18
**about [29]**
**abroad [1]**  19/5
**absolutely [2]**  20/3
24/21
**access [6]**  12/8 13/22
15/14 15/19 17/25 18/20
**account [1]**  9/11
**acknowledges [1]**  7/19

**acted [1]**  10/10
**action [4]**  11/10 14/2
14/24 24/3
**acts [1]**  11/22
**actual [1]**  8/23
**actually [3]**  7/18 9/12
13/25
**add [1]**  27/12
**additional [3]**  5/8 14/3
15/8
**address [3]**  3/5 7/3
17/13
**adjourned [1]**  28/1
**adopt [1]**  3/7
**AEO [3]**  22/2 22/7
23/18
**affairs [1]**  14/11
**affect [1]**  13/10
**after [1]**  24/9
**afternoon [2]**  20/23
27/24
**again [4]**  5/21 15/24
20/11 23/24
**against [2]**  9/7 24/3
**ago [1]**  3/12
**agree [8]**  3/9 11/20
17/11 17/12 20/13 23/16
26/5 27/16
**agreed [2]**  12/21 23/3
**Alan [15]**  3/20 4/5 6/13
8/10 8/12 8/19 9/14
10/22 11/8 13/21 14/5
14/13 15/19 16/2 19/20
**Alan's [5]**  9/11 9/15
10/8 10/9 15/14
**albeit [1]**  10/25
**all [15]**  5/5 8/23 9/8
11/22 11/22 12/6 12/15
12/17 13/5 13/14 13/22
18/21 20/11 22/20 27/7
**allegations [4]**  11/6
11/23 12/23 21/11
**alleges [1]**  9/10
**allow [1]**  26/4
**allowed [2]**  5/8 5/10
**allowing [1]**  5/16
**almost [2]**  4/2 26/5
**already [13]**  3/20 5/4
8/19 10/5 13/14 14/14
14/20 15/23 20/1 22/5
23/21 25/21 25/22
**also [2]**  9/5 15/2
**alter [1]**  10/10
**altered [1]**  17/22
**altering [1]**  4/19
**always [1]**  6/21
**am [1]**  18/18
**animated [1]**  8/6
**another [4]**  15/6 18/22
25/10 25/25
**answer [1]**  5/1
**any [12]**  3/3 3/23 4/4
5/9 5/13 5/21 6/25 11/12
12/16 24/19 26/4 26/22
**anybody [1]**  15/16
**anyone [1]**  4/4
**anything [5]**  18/4 23/18
25/15 25/18 26/15
**apparently [1]**  23/7

**applies [1]**  15/22
**apply [1]**  15/22
**appreciate [2]**  3/20
26/18
**Arabi [2]**  8/12 21/24
**are [28]**  3/14 5/3 6/13
6/17 11/13 11/15 14/21
14/22 14/23 15/1 15/3
15/5 16/1 16/8 16/20
16/21 16/22 18/17 18/24
18/25 21/3 21/11 22/5
22/10 22/19 24/25 26/15
**area [1]**  4/16
**arguing [1]**  9/7
**argument [2]**  15/6
16/11 16/13 20/6 23/20
**around [1]**  25/9
**arrest [2]**  3/2 4/14
**arrested [1]**  7/7
**arrests [1]**  8/5
**as [30]**
**aside [2]**  21/10 24/25
**ask [6]**  5/18 5/24 10/14
11/10 13/7 13/8
**aspect [1]**  26/8
**assess [1]**  10/20
**assets [1]**  18/12
**assistance [1]**  10/6
**attorney [3]**  10/8 10/9
26/9
**Attorney's [1]**  8/5
**Attorneys [1]**  26/4
**Attorneys' [9]**  5/14 6/6
20/18 21/1 21/20 21/22
26/2 26/13 26/15
**AUSAs [1]**  23/11
**authored [1]**  9/12
**avail [1]**  6/18
**available [2]**  6/19 18/24
**away [3]**  4/3 8/3 17/3

**B**

**back [2]**  4/18 12/3
**background [1]**  7/24
**badly [2]**  15/25 19/4
**bank [1]**  13/3
**bare [1]**  22/22
**bare-handed [1]**  22/22
**based [4]**  12/11 15/17
21/11 21/13
**basically [1]**  21/23
**basis [3]**  9/6 10/15
21/21
**Bates [5]**  12/18 12/19
14/3 14/4 16/5
**Bates-stamped [2]**
12/18 12/19
**be [53]**
**bear [2]**  12/2 17/21
**bearing [1]**  14/3
**became [1]**  19/14
**because [17]**  4/14
10/23 11/8 14/1 14/14
14/21 15/23 16/1 16/22
17/4 17/7 17/20 18/1
22/13 24/2 24/2 24/6
**becomes [1]**  25/21
**been [10]**  4/9 5/2 5/4
6/12 7/7 10/5 11/6 17/21
22/12 22/13

**before [3]**  5/20 7/6 18/7
**being [5]**  6/11 10/8
11/11 13/4 19/13
**believe [5]**  14/2 16/19
17/7 21/8 26/22
**believes [5]**  15/20
24/15
**Bernstein [3]**  6/2 14/5
21/3
**Bernstein's [3]**  15/2
15/25 18/18
**besides [1]**  15/22
**best [1]**  14/10
**better [2]**  16/17 24/16
**beyond [1]**  15/15
**bigger [1]**  12/10
**bit [1]**  6/8
**both [2]**  17/15 27/17
**bottom [1]**  11/5
**bread [1]**  18/19
**bridge [1]**  26/16
**brief [1]**  21/23
**brought [1]**  11/6
**brunt [1]**  12/2
**build [1]**  19/6
**burden [5]**  8/24 11/14
12/15 14/1 14/7
**business [2]**  7/25 24/10
**butter [1]**  18/19

**C**

**calculus [1]**  7/22
**calendar [1]**  11/3
**called [1]**  18/23
**can [34]**
**can't [23]**  7/5 7/16 7/20
7/21 8/23 10/1 10/6 11/3
11/4 11/5 11/5 11/19
11/20 12/2 13/9 18/4
20/4 20/7 20/11 22/3
22/4 23/8 24/15
**Canada [8]**  6/14 13/21
14/13 14/15 18/23 19/15
19/17 20/5
**Canadian [2]**  4/4 6/20
**cannot [1]**  11/1
**capture [2]**  19/10 19/12
**case [47]**
**cases [1]**  23/11
**cause [6]**  9/6 16/25
17/5 17/11 18/14 18/15
**central [1]**  4/16
**certain [2]**  17/21 18/25
**certainly [4]**  4/2 5/5
11/1 12/22 13/3 13/5
15/7 16/4 23/2 23/16
23/18
**challenges [1]**  17/1
**chance [2]**  7/15 7/16
**change [1]**  13/23
**charged [1]**  15/5
**charges [2]**  10/7 17/9
**children [1]**  8/7
**citizen [1]**  17/16
**civil [40]**
**claim [3]**  5/10 5/21 15/2
**claims [5]**  8/2 11/5
12/11 15/2 15/3
**clear [1]**  24/5
**client [9]**  7/15 8/6 9/12

**9/17 9/17 9/21 10/2 21/7
23/18 26/9
**client's [1]**  4/12
**clients [6]**  7/7 7/12 8/6
10/6 21/2 22/9
**clients' [1]**  24/17
**co [1]**  11/11
**co-conspirator [1]**
11/11
**cold [1]**  6/9
**colleague [1]**  6/6
**come [3]**  3/22 10/14
12/3 13/10 19/23
**comes [1]**  22/22
**common [1]**  7/11
**communication [1]**
4/23
**community [1]**  4/14
**complete [2]**  5/8 18/21
**concede [1]**  9/5
**concedes [1]**  9/4
**concern [8]**  4/7 4/11
19/8 21/24 22/6 22/23
24/6 24/17
**concerned [6]**  4/17 9/2
9/3 12/17 14/19 23/5
**concerns [1]**  6/11
**concrete [1]**  19/18
**condition [1]**  6/24
**confidential [1]**  22/20
**connection [1]**  22/3
**consequences [1]**  11/7
**consideration [2]**  24/25
25/11
**conspirator [1]**  11/11
**contents [1]**  16/7
**contests [1]**  6/15
**context [1]**  11/7
**control [1]**  6/14
**conversations [1]**
16/19
**copy [4]**  12/18 12/20
17/5 17/13
**could [10]**  4/2 12/19
13/2 14/5 14/6 17/23
18/14 19/15 20/9 23/2
**counsel [9]**  8/21 8/21
9/15 11/14 13/21 15/15
16/3 17/10 23/10
**country [4]**  3/4 6/20
10/24 18/22
**country's [1]**  7/2
**court [29]**
**Court's [8]**  3/17 3/22
4/6 5/13 6/10 7/22 14/15
26/19
**courts [1]**  7/2
**cover [1]**  12/12
**covered [1]**  24/4
**covers [1]**  23/21
**covert [2]**  4/13 22/13
**create [2]**  11/14 12/15
**creates [1]**  8/24
**crimes [1]**  15/5
**criminal [9]**  11/7 12/10
14/4 18/1 18/21 20/4
23/12 24/3 24/13

**C**

criteria [1] 10/20
critical [2] 9/9 11/12
cross [1] 26/16

**D**

databases [1] 16/7
date [1] 7/8
day [3] 15/6 22/17 23/19
days [6] 3/11 3/12 5/18 25/10 26/14 26/21
deal [1] 17/7
dealt [1] 10/5
December [1] 27/20
December 5th [1] 27/20
declaration [1] 22/21
defend [5] 7/6 10/2 10/13 11/4 11/19
defendant [5] 3/21 13/9 16/24 21/24 24/7
defendant's [1] 24/7
defendants [8] 4/1 7/1 10/2 10/21 11/8 21/11 23/9 23/23
defending [2] 8/24 15/20
Defense [14] 3/9 4/8 10/16 11/14 14/1 14/7 15/9 16/1 18/5 19/8 19/11 23/14 25/5 26/11
Defense's [2] 3/7 24/17
defer [1] 5/16
delay [3] 22/24 22/25 23/16
deny [1] 3/6
derived [1] 24/13
describe [1] 8/21
describing [1] 12/14
designate [2] 26/1 26/13
designated [1] 26/23
designating [1] 23/18
designation [2] 22/2 22/7
detailed [1] 24/20
determine [1] 22/18
did [1] 23/6
didn't [2] 18/13 19/15
different [5] 4/24 12/12 16/6 16/24 19/6
difficult [1] 17/24
diligently [1] 5/3
dire [1] 11/7
directly [1] 6/11
disclosed [1] 22/3
discovery [33]
discuss [1] 16/2
disgorge [1] 14/13
disposal [1] 19/15
dispute [3] 7/25 14/16 15/2
do [28] 3/12 5/9 5/23 6/4 6/14 7/5 7/16 7/20 8/23 9/17 10/6 10/20 11/10 12/19 12/24 14/10 15/9 16/17 16/25 17/3 17/17 18/14 19/21 19/21 19/22 20/15 24/21 25/14

**document [12]** 4/20 8/20 8/22 8/23 9/9 9/20 10/15 10/15 12/14 14/2 14/6 16/7
documents [63]
does [15] 6/13 6/14 7/5 7/5 7/13 11/14 12/1 12/15 13/14 14/25 15/19 17/24 17/25 19/21 21/12
doesn't [8] 12/12 14/12 16/15 16/23 17/4 17/16 18/8 20/3
doing [3] 4/5 11/20 11/21
don't [22] 4/10 9/24 10/18 11/2 12/19 13/2 13/3 13/3 13/16 13/20 14/6 14/12 15/16 16/14 17/6 17/11 18/6 18/12 20/16 22/7 24/2 25/19
done [2] 14/18 17/23
down [4] 3/22 7/6 22/8 23/15
ducks [1] 23/17
due [2] 6/19 10/21
duplicative [1] 21/13
during [2] 18/13 24/9

**E**

each [2] 16/24 16/24
easier [1] 24/16
easy [2] 17/19 19/10
ego [1] 10/11
either [1] 18/19
else [1] 4/4
email [4] 9/11 9/17 9/18 11/15
emails [2] 9/11 9/16
employee [1] 21/25
end [2] 5/20 23/19
enforce [1] 20/8
enforceable [1] 24/12
engineers [3] 4/15 4/24 4/24
enough [1] 18/16
enter [1] 5/13
entire [1] 8/8
entirely [1] 17/3
especially [2] 4/5 10/9 24/7
even [9] 4/25 5/6 5/15 6/16 7/19 10/20 19/11 24/9 25/1
every [3] 13/8 22/17 25/5
everybody [1] 23/6
everybody's [1] 25/8
everyone [4] 8/3 14/8 23/6 24/15
everything [2] 15/10 23/3
evidence [3] 4/19 19/1 19/3
example [5] 9/10 9/15 19/4 19/8 23/23
except [2] 14/19 15/11
exchanged [1] 21/7
exclusively [1] 8/15
executed [1] 4/14
executives [1] 4/15

**exerts [1]** 8/7
exist [1] 18/10
expectation [1] 25/8
expected [1] 25/12
expense [1] 9/21
expensive [1] 16/8
expert [1] 18/17
explain [1] 21/19
explained [1] 19/14
extensive [1] 4/23
extent [2] 12/20 19/24
extradited [1] 3/5
extradition [15] 3/21 4/4 6/15 6/15 6/17 10/1 10/25 18/23 18/23 19/5 19/16 19/17 19/22 20/5 20/15
extraditions [1] 18/17
Eyes [14] 5/4 6/6 20/18 21/1 21/20 21/22 26/2 26/4 26/13 26/15

**F**

Facebook [1] 23/25
fact [3] 5/5 12/10 15/18
facts [2] 15/14 18/24
factual [3] 18/3 19/6 20/16
fair [2] 4/11 18/16
familiar [1] 6/16
far [1] 3/8
few [1] 5/24
figuring [1] 21/17
filed [1] 21/6
find [5] 8/21 9/20 9/22 16/7 25/17
first [1] 3/6 3/17 4/7 6/5 8/14 8/17 25/1 25/6 25/7 25/13 27/11
fish [1] 16/7
fit [1] 22/10
fleeing [1] 4/18
focus [1] 8/9
folks [1] 18/17
force [1] 15/25 16/11
forces [1] 10/16
foreign [1] 18/20
forfeitable [1] 18/12
formal [1] 23/21
forth [1] 11/11
forward [2] 11/17 18/25
frankly [1] 22/8
fraud [1] 9/13
free [2] 15/20 19/11
front [2] 10/21 26/10
frustrate [2] 19/22 20/15
full [1] 21/8
fully [1] 12/22
fulsome [1] 11/21
funds [1] 21/11

**G**

gave [1] 23/6
get [8] 7/14 11/5 11/17 11/17 18/7 23/14 23/17 25/6
gets [1] 3/5

**give [5]** 3/11 12/21 23/1 25/9 26/17
given [6] 3/16 5/22 10/7 10/9 25/11 26/16
go [12] 4/3 6/18 8/21 9/22 10/4 11/16 14/6 16/6 22/9 22/18 24/10 24/18
goes [1] 7/21
going [14] 5/2 6/4 7/13 9/18 11/18 13/2 14/22 14/24 16/21 17/7 24/6 25/16 26/3 27/1
good [8] 9/6 16/25 17/5 17/11 20/23 23/10 27/18 27/24
got [4] 14/20 21/8 23/11 24/3
Government [22] 4/16 7/19 8/7 8/14 9/4 9/5 9/24 10/13 10/16 10/18 12/1 12/17 12/25 13/12 15/10 16/5 16/23 21/21 22/22 23/1 23/17 25/15
Government's [4] 3/7 10/22 21/21 22/14
Grand [8] 8/16 16/20 16/21 17/4
grant [1] 5/18
great [1] 9/21
guess [5] 6/10 7/3 7/22 10/19 13/13
guys [1] 24/2

**H**

had [2] 22/23 25/3
half [1] 5/6
hamstring [2] 7/14 10/12
hamstrings [4] 8/10 9/18 26/5 26/11
hamstrung [1] 16/1
handcuff [2] 7/6 8/7
handed [1] 22/22
Hanna [1] 26/5
happened [1] 21/4
happens [1] 9/2
harms [1] 19/18
has [28] 3/21 4/9 5/2 6/20 6/21 8/19 10/23 12/4 12/8 12/8 12/10 12/12 12/25 13/22 14/17 14/17 15/23 16/5 18/3 19/19 20/22 20/13 21/22 22/13 22/17 25/19 25/22
hash [1] 15/3
hashed [1] 11/23 11/24
have [49]
haven't [1] 17/21
having [4] 16/6 16/17 18/16 25/20
head [3] 14/8 20/11 24/7
hear [1] 13/12 20/17
hearing [1] 13/14
heat [1] 15/3
Heesch [1] 16/19
heightened [4] 4/21 5/10 5/22 24/22

**held [1]** 6/13
help [1] 21/19
her [42]
here [25] 3/5 7/1 7/6 7/9 7/9 7/24 8/17 9/7 9/8 9/25 10/7 10/10 11/22 11/23 12/1 13/4 13/16 16/1 17/9 19/12 19/19 23/3 23/17 24/20 25/11
here's [5] 9/15 9/15 9/16 24/1 25/24
herself [3] 6/19 7/1 17/25
hide [1] 17/12
highly [4] 7/9 16/2 24/8 24/8
his [3] 8/7 8/7 26/10
home [1] 10/23
Honor [20] 3/16 6/3 7/7 7/8 8/1 9/10 10/20 12/3 13/16 16/4 18/6 18/16 20/19 20/20 20/23 23/15 23/22 27/3 27/10 27/21
Honor's [2] 6/11 25/9
hope [1] 5/21
hopefully [1] 27/16
hoping [1] 27/1
host [1] 16/8
hostage [1] 6/13
how [5] 7/13 8/10 9/25 15/25 22/10
hundred [1] 24/20
hundreds [1] 14/23 15/7

**I**

I'd [1] 26/14
I'll [7] 4/7 4/12 6/5 15/6 23/15 25/25 26/12
I'm [17] 3/17 6/16 7/13 13/13 15/15 15/16 16/6 16/10 19/4 21/10 21/17 22/14 24/18 25/1 26/3 26/10 27/1
I've [1] 26/16
idea [4] 7/3 8/20 9/24 12/3
identical [2] 12/11 14/2
identify [3] 4/20 4/25 17/19
impact [1] 9/25
impede [1] 12/1
important [1] 7/22 22/20
impose [1] 22/25
impossibly [2] 26/5 26/11
incentive [1] 19/22
indicted [1] 4/11
Indictment [1] 9/10
indicts [1] 8/5
individual [1] 25/11
industry [1] 24/8
influence [1] 4/3
information [2] 21/25 26/8
inhibits [1] 22/8
initiated [1] 8/1
input [1] 24/18
inside [4] 4/24 4/25

**I**

inside... [2] 20/11 24/6
instead [2] 5/15 11/15
intend [1] 20/14
interchangeably [1] 16/10
interested [2] 13/13 14/9
interesting [1] 13/15
internally [1] 22/16
Internet [1] 22/4
interrupt [1] 7/13
investigate [6] 9/19 10/3 11/5 12/22 17/7 17/10
investigated [1] 4/9
investigating [1] 25/6
investigation [4] 4/13 4/17 9/3 11/22
involves [3] 4/21 4/23 19/2
IP [1] 22/17
iPhone [2] 19/12 21/18
is [86]
isn't [1] 14/16
issuance [1] 9/8
issue [17] 3/6 3/9 3/17 4/2 4/6 6/5 6/9 9/2 13/13 15/5 20/17 20/18 21/3 21/4 25/13 25/24 27/11
issues [2] 3/5 21/14
it [65]
it's [21] 5/21 6/24 7/11 8/15 9/1 10/9 12/7 13/1 13/22 14/5 14/10 16/10 16/11 17/7 17/19 17/24 21/5 21/16 23/22 24/5 25/21
its [3] 8/1 11/3 23/17

**J**

job [1] 11/21
judgment [1] 4/22
judicial [3] 6/20 7/4 11/9
juncture [1] 6/1
jurisdiction [6] 3/22 6/23 7/2 14/12 14/15 20/8
Jury [4] 8/16 16/20 16/21 17/4
just [30]
justification [3] 5/11 12/16 25/20
justifies [1] 22/24

**K**

keep [4] 13/19 17/3 26/4 27/4
kind [4] 3/14 6/13 23/17 24/21
know [45]
knowable [1] 15/18
knowledge [1] 7/11
known [2] 23/9 23/10
knows [3] 16/16 18/10 25/21

**L**

language [1] 27/12

largely [2] 3/17 12/5
last [1] 13/2
later [1] 8/16
laundering [2] 17/9 21/10
lawyer [3] 4/22 14/5 26/6
lawyers [1] 4/21
leaking [1] 4/17
learn [2] 18/13 18/13
least [2] 5/23 21/13
leaving [1] 27/12
legally [1] 17/25
less [3] 22/19 25/1 25/21
Let [2] 13/12 20/17
let's [4] 8/9 15/9 16/14 18/8
letting [1] 23/5
lifespan [1] 25/12
light [1] 6/10
like [5] 11/12 24/2 26/7 26/14 26/21
likely [1] 20/10
limit [5] 15/21 16/14 17/16 25/15 25/22
limited [2] 11/1 13/19
limits [1] 18/24
litigate [1] 10/5
litigation [2] 12/6 22/17
live [1] 23/2
locked [1] 13/9
logistical [1] 17/1
long [1] 17/21
look [8] 14/6 15/23 21/18 24/1 25/25 26/6 26/13 27/2
looked [1] 21/17
looking [2] 4/22 26/11
lot [1] 17/8

**M**

made [1] 26/21
mail [1] 17/12
main [1] 10/10
maintain [2] 13/7 16/7
make [6] 5/10 5/15 5/19 18/20 24/20 26/19
makes [1] 8/4
making [1] 4/22
malign [2] 19/20 23/24
managed [1] 4/13
many [2] 4/24 11/3
mark [1] 25/3
marks [1] 17/21
massive [3] 7/9 10/4 17/1
materials [1] 12/17
math [1] 25/2
matter [6] 7/9 9/1 11/3 12/12 18/3 23/23
may [9] 13/21 13/23 14/14 15/21 16/20 19/25 20/20 26/1 26/13
maybe [2] 18/5 18/8
me [8] 9/14 10/21 13/12 20/17 24/3 26/10 27/2 27/17
mean [1] 11/13
mentioned [1] 21/4

merely [1] 22/19
Mr. Filed 10/25/22
microchips [1] 24/7
midway [1] 12/21
might [5] 17/13 18/12 18/12 18/13 21/25
mind [1] 27/4
minor [1] 23/16
minute [1] 5/16 20/20
mischief [1] 18/19
modification [1] 10/14
modified [2] 3/2 3/3
modify [1] 13/5
money [4] 17/8 17/8 17/8 21/10
more [8] 10/19 14/18 15/4 15/4 15/13 17/24 18/17 22/12
moreover [1] 9/20
most [4] 5/22 13/13 15/25 23/3
mostly [1] 8/15
move [1] 13/5
Mr. [6] 3/15 8/12 16/9 16/16 22/12 26/5
Mr. Arabi [1] 8/12
Mr. Hanna [1] 26/5
Mr. Pilchak [4] 3/15 16/9 16/16 22/12
Ms [4] 14/5 14/5 15/2 19/20
Ms. [20] 4/5 6/2 6/13 8/12 8/19 9/11 9/14 9/15 10/8 10/9 10/22 11/8 13/21 14/13 15/19 15/25 16/2 16/19 18/18 21/3
Ms. Alan [11] 4/5 6/13 8/12 8/19 9/14 10/22 11/8 13/21 14/13 15/19 16/2
Ms. Alan's [4] 9/11 9/15 10/8 10/9
Ms. Bernstein [2] 6/2 21/3
Ms. Bernstein's [2] 15/25 18/18
Ms. Heesch [1] 16/19
much [2] 14/7 26/18
my [21] 3/6 3/14 4/12 6/6 6/17 6/24 8/6 9/12 9/17 9/21 9/21 10/2 10/25 16/11 18/18 19/24 21/7 21/17 21/18 25/24 26/17

**N**

nature [1] 10/7
necessarily [1] 22/15
necessary [1] 5/9
need [9] 3/12 7/11 10/4 21/2 21/2 21/18 21/22 22/7 24/21
needs [4] 4/20 22/12
negatively [1] 13/10
new [1] 24/10
next [1] 13/4
Nice [1] 20/25
no [5] 6/14 12/4 12/13 12/13 17/22
non [1] 19/18
non-speculative [1]

19/18
Mr. [4]
not [47]
nothing [3] 12/9 14/18 15/3
now [6] 5/3 6/23 10/4 21/9 23/7 24/25
number [6] 5/4 14/14 14/15 18/2 18/3 23/11
number two [2] 14/15 18/3

**O**

October [3] 26/14 27/7 27/9
October 22nd [1] 26/14
October 24th [1] 27/9
off [1] 24/10
Office [1] 8/5
often [1] 4/24
okay [6] 6/4 6/7 12/21 16/13 20/19 25/13 26/25 27/19
old [2] 10/4 21/5
one [9] 9/8 9/12 10/9 14/14 17/22 18/2 19/17 20/20 23/23
ongoing [1] 9/3
only [15] 5/14 6/6 7/16 15/22 16/22 20/18 21/1 21/20 21/21 21/22 22/2 26/2 26/4 26/13 26/16
operate [1] 4/15
opportunity [1] 25/5
oppose [3] 23/18
opposition [1] 4/8
order [32]
orders [1] 3/25
other [11] 3/25 9/16 9/16 11/12 13/9 14/21 14/23 15/5 17/13 19/1 19/3
otherwise [2] 10/17 17/4
our [20] 4/3 4/23 5/7 5/21 7/6 7/7 7/10 7/12 9/18 10/12 11/20 12/1 12/25 13/10 15/13 19/8 19/19 21/2 22/8 22/8
ourselves [1] 12/23
out [8] 3/13 3/19 4/10 11/23 11/24 19/6 21/17 24/24
outside [3] 7/3 14/14 20/7
over [7] 8/8 8/12 8/13 22/9 23/11 23/13 24/18
overt [1] 11/22

**P**

P.l.l [1] 16/23
p.m [1] 28/1
page [4] 9/6 9/6 16/18 27/8
pages [14] 8/13 8/15 8/18 13/23 14/23 15/7 16/1 16/9 25/2 25/3 25/7 27/4 27/5 27/5
papers [1] 19/19
part [1] 14/16
particular [1] 18/9

particularly [1] 26/7
parties [3] 21/7 21/25 22/4
passage [1] 5/23
Pause [1] 20/22
pauses [1] 11/2
peer [1] 20/11
pending [1] 18/22
people's [1] 13/19
percent [1] 25/1
percentage [1] 8/19 6/21
period [3] 5/17 5/20 6/21
permitted [2] 5/13 18/1
perpetuated [1] 9/13
person [1] 4/25
personal [1] 9/21
perspective [1] 4/12
pieces [2] 19/1 19/3
Pilchak [4] 3/15 16/9 16/16 22/12
place [2] 10/18 25/21
pleadings [1] 18/25
Pleasure [1] 20/23
point [10] 3/4 3/19 3/23 5/14 5/23 7/8 10/19 12/21 16/12 24/24
policing [1] 24/19
position [9] 4/3 6/12 11/25 13/1 13/9 15/9 15/12 15/21 18/18
possession [1] 25/19
possible [1] 4/13
posted [2] 22/4 23/25
posture [1] 11/4
potential [1] 24/25
potentially [2] 4/18 5/6
power [2] 3/21 8/8
predicates [1] 20/16
prejudices [1] 12/25
prep [1] 13/1
prepare [1] 13/11
prepared [1] 3/17
presumably [1] 4/3
pretrial [1] 6/23
prevent [4] 4/4 10/22 11/20 11/21
prevents [1] 12/9
privy [1] 10/17
probably [1] 3/20
problem [1] 24/5
problems [1] 18/15
proceeding [7] 7/8 10/23 12/14 18/20 19/3 19/5 19/16
proceedings [3] 6/17 10/1 28/1
process [5] 4/20 5/2 5/5 6/19 10/21
produce [2] 14/1 16/24
produced [12] 12/5 12/6 13/14 14/22 14/24 15/8 17/18 17/20 19/25 25/16 25/18 25/23
producing [1] 16/5
production [1] 25/4
prohibit [1] 22/15
prohibited [2] 6/25 22/2
prohibition [1] 12/13
prolong [1] 19/4

**P**

proposal [1] 11/10
proposed [1] 25/14
proposing [1] 3/25
prosecution [2] 23/13
protect [1] 12/17
protection [4] 4/21 5/10 5/22 24/22
protections [2] 5/25 22/5
protective [26] 3/2 3/3 3/8 3/10 3/24 3/25 8/9 9/7 13/6 13/8 13/18 14/9 14/20 15/10 15/22 16/14 16/22 17/16 18/2 20/8 22/1 23/3 23/21 24/4 25/14 25/20
proveable [1] 15/18
provided [1] 23/14
provision [4] 11/2 21/1 21/20 21/23
provisions [1] 11/20
pull [1] 23/1
purported [1] 12/16
pursue [1] 3/24
purview [1] 7/11
put [5] 6/12 10/18 11/11 18/25 24/25
putting [3] 21/10 23/7 26/10

**Q**

Qualcomm [23] 3/11 3/12 4/24 4/25 7/25 8/1 8/4 8/16 8/18 12/5 12/6 21/6 21/12 21/24 22/12 22/15 22/17 22/21 23/5 23/9 23/18 25/25 26/12
Qualcomm's [3] 21/8 24/1 25/3
question [3] 5/1 13/15 20/16
questioning [1] 15/16
quite [2] 4/8 21/5

**R**

raid [1] 8/6
re [3] 10/5 15/3 15/3
re-hash [1] 15/3
re-heat [1] 15/3
re-litigate [1] 10/5
read [1] 22/1
readily [1] 9/4
real [1] 19/18
really [16] 3/12 6/13 7/11 8/24 9/6 9/18 10/15 12/1 12/15 13/1 14/16 15/18 21/2 21/12 26/11 27/1
realm [1] 7/3
reason [1] 12/13
reasonable [2] 15/11 23/2
reasonableness [1] 11/16
receive [1] 16/17
received [3] 8/12 21/12 21/21
record [5] 15/14 18/24 19/2 19/7 22/21
records [1] 18/21

redact [1] 16/23
redly [1] 9/5
referral [1] 8/4
referred [1] 23/7
regarding [1] 6/5
regular [1] 22/18
rehash [1] 10/5
relate [1] 21/14
relating [1] 21/4
release [4] 6/24 6/24 8/2 21/8
releases [1] 23/6
relevant [2] 7/24 16/2
reluctant [1] 26/3
remain [1] 5/9 26/15
remaining [1] 26/14
represent [1] 6/16
representation [1] 15/15
represented [1] 8/15
represents [1] 8/18
request [4] 3/7 5/7 5/15 15/13
requires [1] 19/2
requiring [1] 19/5 26/15
resided [2] 6/21 6/21
respect [3] 3/6 25/13 25/24
respectfully [2] 5/19 10/1
response [1] 19/2
restriction [1] 12/24
restrictions [4] 5/14 11/13 11/13 13/18
returns [4] 8/16 16/21 16/21 17/4
reveal [2] 10/16 21/25
review [3] 3/13 5/8 7/15
reviewing [1] 22/15
right [7] 4/25 10/22 16/9 20/3 24/12 25/2 27/7
rights [4] 10/2 10/21 12/1 12/25
risk [1] 20/12
round [2] 25/1 25/7
rounds [1] 19/5
row [1] 23/17
rule [3] 5/20 5/25 16/25

**S**

said [4] 18/2 22/12 23/25 27/11
sailed [2] 14/17 20/1
same [5] 11/13 21/14 21/15 24/8 27/8
satisfaction [1] 21/9
sauce [1] 24/1
save [1] 15/6
say [1] 4/7 4/8 4/12 16/14 17/22 17/24 18/8 21/2 21/23 24/12 24/20
saying [3] 9/8 23/8 26/10
says [1] 22/22
scale [1] 23/8
scratching [1] 14/8
screen [2] 19/12 19/13
screen-capture [1] 19/12

second [4] 3/9 4/6 20/17 26/1
secret [3] 22/19 22/19 24/1
see [6] 17/15 20/25 21/2 21/19 22/7 27/20
seeing [1] 10/22
seem [1] 21/12
seems [1] 9/5
seen [2] 18/8 25/22
sensibly [1] 4/8
sensitive [1] 24/19
sent [1] 9/11
serious [1] 11/7
seriously [1] 24/23
set [5] 3/13 5/17 7/8 8/22 27/19
settle [1] 23/6
settled [3] 8/2 21/7 21/7
settlements [1] 8/3
several [1] 5/3
share [4] 7/21 8/23 10/8 18/18
she [57]
she'll [1] 13/4
she's [13] 3/1 3/4 3/4 6/23 7/1 7/3 14/14 14/5 14/20 15/20 18/8 20/7 20/7
Sheida [6] 3/20 6/5 8/10 15/14 17/3 19/9
ship [2] 14/17 19/25
short [1] 22/25
shortly [1] 4/2
should [5] 4/2 17/6 17/9 23/9 26/22
show [2] 9/14 11/14
showing [1] 19/9
shown [4] 19/13 19/19 23/9 24/13
shows [1] 3/1
side [2] 19/11 22/14
sides [2] 17/15 19/6
sign [2] 25/14 27/11
similar [2] 3/24 24/11
simple [1] 13/4
simpler [1] 24/16
simply [4] 11/2 11/19 15/13 19/12
since [1] 9/20
single [1] 16/18
sit [2] 22/8 23/15
sitting [1] 18/4
situation [3] 19/14 24/12 24/16
size [1] 17/2
slice [1] 18/20
small [2] 4/14 8/18
so [42]
software [1] 19/12
some [5] 3/12 4/21 5/8 5/17 6/21 7/8 9/16 9/16 10/10 10/18 12/5 15/13 17/7 17/17 23/1 23/16 24/21
someone [3] 18/19 19/1 24/10
something [10] 7/10 7/11 7/22 18/14 19/10 22/20 22/21 25/21 26/6

**27/16**
sometimes [2] 24/5 24/6
sorry [2] 6/8 16/10
sort [12] 4/15 4/21 4/22 5/13 5/25 7/3 7/10 9/20 12/16 19/1 20/6 26/6
sounds [1] 26/7
speak [6] 6/11 7/18 7/20 9/14 10/8 17/10
speaking [1] 6/25
specialized [1] 24/8
speculative [1] 19/18
spirit [1] 11/16
spite [1] 23/24
spoken [1] 18/17
sprinkle [1] 19/1
stake [1] 15/4
stale [1] 11/6
stamp [1] 14/3 14/4 16/6
stamped [2] 12/18 12/19
stamps [1] 17/21
standing [1] 13/16
start [1] 24/10
started [1] 25/6
state [2] 12/7 14/10
stated [2] 21/22 22/5
States [4] 3/1 19/18 19/23 23/7
status [2] 13/7 13/20
still [13] 11/13 11/14 14/3 15/19 17/5 18/3 19/3 20/2 21/17 24/7 24/21 26/22 27/19
strategy [1] 10/16
strong [2] 19/21 20/12
stuff [4] 17/14 23/13 23/14 24/13
subject [8] 3/2 5/9 7/9 9/1 12/12 13/18 16/22 18/2
subjected [1] 7/11
submission [4] 5/11 24/19 24/20 26/22
submissions [1] 5/19
submit [6] 3/18 3/22 12/24 17/5 27/2 27/17
submits [1] 6/15
submitted [2] 3/11 27/12
such [1] 24/9
suggesting [1] 19/20
suggestion [2] 3/7 10/14
suit [10] 13/17 13/18 15/1 15/4 15/9 18/22 21/6 24/9 25/4 25/8
super [1] 22/19
sure [4] 20/21 22/14 24/18 26/19
surprisingly [1] 24/11
system [4] 6/20 7/4 8/2 11/9

**T**

taint [1] 10/19
take [9] 6/5 6/6 11/1 15/12 15/21 24/23 25/25

**26/12 27/2 27/33**
taking [7] 12/1
talk [1] 7/16
talking [2] 26/7 26/8
targets [1] 4/18
team [2] 10/19 19/11
tech [1] 4/15
technical [7] 7/10 10/7 21/25 22/9 24/8 26/8 26/8
technology [5] 21/5 21/5 21/15 21/16 24/11
teleconference [1] 19/9
tell [7] 9/22 14/5 14/13 18/4 20/11 26/3 26/10
tend [1] 3/9
tentative [5] 3/6 3/14 3/17 6/11 26/17
terrible [1] 25/2
testing [1] 24/1
than [3] 16/17 18/17 25/1
Thank [12] 3/16 6/3 6/8 20/19 23/19 27/6 27/10 27/19 27/21 27/22 27/23 27/25
that [186]
that's [16] 4/16 10/12 13/15 14/9 15/16 16/6 16/12 16/25 17/1 18/18 18/22 19/17 21/19 22/2 25/2 27/7
their [7] 4/8 6/23 8/3 8/8 14/8 21/23 24/17
them [18] 4/18 5/5 5/6 5/20 12/5 13/19 13/19 13/22 14/2 17/13 17/25 18/1 18/4 18/9 20/2 20/7 21/19 22/18
then [18] 3/1 4/18 5/8 5/25 8/4 8/5 8/7 9/21 9/22 14/9 15/20 16/6 16/12 19/2 19/15 26/16 27/10 27/20
there [23] 5/3 5/21 6/24 7/5 8/2 8/11 8/16 8/20 9/11 14/7 14/21 15/4 15/7 15/13 16/1 17/17 16/19 19/7 22/5 23/12 23/12 25/10 26/15
there's [12] 9/6 12/4 12/11 12/13 14/18 17/5 17/8 17/11 18/23 25/3 25/5 25/10
therefore [1] 22/23
these [10] 10/2 11/6 11/8 12/17 12/23 13/14 16/20 23/8 23/9 24/2
they [19] 4/9 12/6 12/20 13/17 13/17 14/6 16/2 17/21 18/2 18/10 18/20 21/22 21/23 21/23 22/10 23/10 23/12 23/13 24/17
they'll [1] 17/20
they're [2] 17/4 24/2
they've [3] 8/15 23/11 24/5
thing [3] 4/7 7/16 13/13
things [5] 10/5 11/15 18/11 18/13 23/1

**T**

think [53]
third [2]  21/25 22/4
this [70]
thorough [1]  11/21
those [30]
though [1]  14/1
thought [2]  19/24 25/24
thoughtful [1]  25/10
thoughts [1]  3/14
thousands [2]  14/23
15/7
three [2]  25/25 26/12
through [6]  5/4 6/18 8/1
11/9 19/9 22/18
thrusts [1]  10/10
thumb [1]  23/8
time [17]  3/3 3/3 3/11
3/12 3/23 4/7 4/10 5/8
5/12 5/20 5/23 6/22 9/21
13/6 22/13 23/1 25/10
timing [1]  3/10
today [12]  5/16 6/4
13/20 14/11 17/25 18/4
18/9 20/2 20/14 24/9
26/21 27/8
together [1]  23/1
told [1]  19/4
tranche [2]  8/14 8/17
transaction [2]  21/4
21/12
transfer [1]  18/12
treat [1]  11/11
treated [1]  13/8
trial [2]  7/8 13/1
true [3]  13/24 13/25
23/22
trump [2]  10/2 10/21
try [5]  18/12 19/16
19/22 22/9 26/6
trying [5]  4/3 4/4 19/20
23/2 23/24
turn [2]  4/6 23/13
two [3]  3/14 14/15 18/3
type [2]  10/10 10/19

**U**

U.S [1]  8/4
ultimately [1]  21/7
unable [2]  17/6 17/9
unbeknownst [1]  19/11
unclear [1]  10/20
under [2]  13/7 16/25
undercuts [3]  13/25
15/24 16/11
underlying [1]  19/6
undermine [1]  19/17
undermines [3]  9/23
12/16 20/6
understand [13]  4/6
4/10 5/2 16/25 18/11
21/16 22/10 22/14 24/17
26/6 26/9 26/19 27/3
understanding [4]  4/23
6/18 6/25 10/25
understood [1]  27/6
undue [2]  8/24 12/15
unduly [1]  12/25
United [4]  3/1 19/18
19/23 23/7

United States [4]  3/1
19/18 19/23 23/7
untenable [2]  6/12 13/1
until [1]  4/13
unworkable [1]  10/15
up [5]  3/1 6/5 6/6 6/24
7/5
us [12]  5/16 5/18 8/24
10/16 11/20 11/21 12/13
13/2 21/13 21/19 26/21
27/12
use [10]  9/25 10/20
13/19 15/20 18/1 19/16
20/4 20/7 20/9 20/14
used [1]  22/3
using [3]  12/9 16/10
19/12

**V**

venture [1]  24/10
verbal [1]  5/16
versions [2]  16/24
27/17
very [16]  4/16 6/12 8/6
11/7 13/24 16/8 17/19
19/10 23/10 24/8 24/19
24/22 24/23 26/3 26/18
27/18
video [2]  19/9 19/13
view [4]  17/25 20/4
20/7 20/10
view that [1]  20/4
vigilant [1]  24/22
vigorously [1]  5/3
vindictiveness [1]
23/24
volume [1]  16/8
voluminous [1]  16/22

**W**

waive [1]  3/21
walked [1]  8/3
want [5]  6/11 7/2 16/23
24/17 26/19
wants [2]  15/10 20/9
warrants [1]  4/14
was [15]  3/10 3/11 4/11
4/13 4/16 8/2 8/2 8/12
9/13 9/17 9/17 11/23
23/12 25/15 25/18
wasn't [1]  11/24
way [6]  8/1 10/12 11/8
12/14 17/17 25/17
ways [1]  9/13
we [71]
We'd [1]  13/8
we'll [1]  27/3
we're [16]  3/25 4/3 4/4
6/4 8/17 9/2 9/3 9/7 9/8
11/16 14/8 19/20 21/9
23/2 23/5 27/19
we've [2]  6/12 23/3
week [3]  3/13 13/4
22/17
weeks [3]  5/3 25/25
26/12
well [9]  7/18 7/23 10/7
13/24 16/13 22/12 22/23
23/8 23/22
went [1]  17/8

were [23]  4/11 9/11
9/11 9/12 13/16 13/16
13/17 13/17 15/8 15/9
15/18 17/15 17/18 17/20
18/2 19/8 21/6 22/25
24/10 24/13 25/23 27/12
weren't [1]  17/18
what [29]
what's [5]  9/18 16/11
18/23 24/6 24/11
whatever [2]  20/9 21/3
when [6]  3/5 12/17 22/1
24/7 25/21 26/7
where [5]  9/2 9/23 10/4
11/4 17/8
whether [5]  4/20 6/15
17/22 18/3 25/19
which [12]  4/11 6/20
6/22 7/24 8/18 9/13
10/12 11/13 17/19 21/11
21/23 23/6
while [2]  4/9 25/9
who [6]  4/25 8/5 9/16
18/17 21/24 23/11
whole [1]  9/24
why [6]  4/10 14/8 14/19
21/19 21/22 22/14
wife [1]  8/7
will [15]  4/3 5/24 6/6
7/8 8/16 13/10 17/12
24/22 25/8 25/14 25/14
25/15 25/22 26/1 27/20
willing [2]  5/18 11/16
wish [1]  15/21
within [3]  3/21 7/10
26/21
without [5]  10/6 10/8
22/1 22/20 26/9
witness [5]  3/1 9/9
11/12 11/12 13/7
witnesses [1]  9/2
won't [2]  5/21 12/21
word [2]  4/17 25/17
words [1]  16/10
work [2]  7/12 23/11
worked [2]  4/10 8/1
working [2]  11/8 21/17
works [1]  24/7
worried [1]  9/13
worry [3]  18/7 18/9
18/11
would [32]
wouldn't [2]  13/7 21/16
written [1]  12/25
wrote [1]  9/16

**Y**

years [5]  11/1 11/3 11/4
13/2 13/10
Yes [3]  26/24 27/14
27/15
yet [1]  16/17
you [61]
you'd [1]  26/21
You'll [4]  7/14 7/14 7/15
7/15
you're [4]  25/16 26/7
26/7 27/1
your [27]  3/16 6/3 6/11
7/7 7/8 7/15 8/11 9/10

9/17 10/20 12/3 13/16
16/4 18/6 18/7 18/18
20/6 20/9 20/20 20/23
20/24 23/15 23/22 25/9
27/3 27/10 27/21
your Honor [20]  3/16
6/3 7/7 7/8 8/11 9/10
10/20 12/3 13/16 16/4
18/6 18/16 20/19 20/20
20/23 23/15 23/22 27/3
27/10 27/21
your Honor's [2]  6/11
25/9