TARA K. MCGRATH
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9709/8817/0510
nicholas.pilchak@usdoj.gov
janaki.chopra@usdoj.gov
eric.olah@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    22-CR-1152-BAS |
| Plaintiff, | |
| v. | **MOTION FOR ARREST WARRANT** |
| BRADLEY QUINTON (5), | |
| Defendant. | |

The United States of America, by and through its counsel Tara K. McGrath, United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant United States Attorneys, requests that the Court issue an arrest warrant for Defendant Bradley Quinton in the above-entitled case.

On April 4, 2024, a federal grand jury returned a second superseding indictment charging Defendant Quinton with wire fraud conspiracy, in violation of Title 18, United

1

States Code, Section 1349 (Count 1); wire fraud, in violation of Title 18, United States Code, Section 1343 (Count 9); and criminal forfeiture, under Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

At the time the indictment was returned and publicly filed, the United States inadvertently neglected to request an arrest warrant for Defendant Quinton. Nevertheless, a warrant is necessary to initiate extradition proceedings against Defendant Quinton, who resides outside of the United States. Because the indictment was publicly issued, the United States does not request that the warrant be issued under seal.

Consequently, the United States now requests that the Court issue an arrest warrant for Defendant Bradley Quinton in this case.

DATED: April 12, 2024                    Respectfully Submitted,

TARA K. MCGRATH
United States Attorney

NICHOLAS W. PILCHAK
JANAKI G. CHOPRA
ERIC R. OLAH
Assistant United States Attorneys

2