UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY QUINTON (5),<br><br>Defendant. | Case No.: 22-CR-1152-BAS<br><br><br>ORDER FOR ARREST WARRANT |

For the reasons stated by the United States in its motion, and based upon the second superseding indictment returned by the grand jury on April 4, 2024, it is hereby ordered that an arrest warrant be issued for Defendant Bradley Quinton in this case.

IT IS SO ORDERED.

DATED: April ___12___, 2024.

_____
Honorable Cynthia Bashant
United States District Judge