UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY QUINTON (5),<br><br>Defendant. | Case No.: 22-CR-1152-BAS<br><br>LIMITED UNSEALING ORDER |

Pursuant to the motion of the United States filed at ECF 252, and for good cause shown,

IT IS HEREBY ORDERED that the arrest warrant issued by the Clerk of Court for Bradley Quinton (5), ECF 245, is hereby partly unsealed for purposes of providing a copy of the warrant to the government of Canada for use in initiating extradition proceedings.

SO ORDERED.

DATED: May 7, 2024.

Honorable Cynthia Bashant
United States District Judge