DAVID K. WILLINGHAM (Bar No. 198874)
dwillingham@kslaw.com
JAMIE A. LANG (Bar No. 253769)
jlang@kslaw.com
BLYTHE G. KOCHSIEK (Bar No. 285389)
bkochsiek@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4325
Facsimile: (213) 443-4310

Attorneys for Defendant ALI AKBAR SHOKOUHI

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-01152-BAS (KSC) |
| Plaintiff, | **ALI AKBAR SHOKOUHI'S ACKNOWLEDGMENT OF COURT DATE** |
| v. | |
| KARIM ARABI, et al., | Date: March 10, 2025 |
| Defendants. | Time: 9:30 A.M. |
| | Dept.: Courtroom 12B |
| | Judge: Honorable Cynthia Bashant |

1 | I, Ali Akbar Shokouhi, hereby acknowledge that the next court date in the above-captioned action is scheduled for Monday, March 10, 2025 at 9:30 a.m.

Dated: May 29, 2024

By: _____Ash_____
ALI AKBAR SHOKOUHI

---

1
ALI AKBAR SHOKOUHI'S ACKNOWLEDGMENT OF COURT DATE