AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
KARIM ARABI (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:22-CR-01152-BAS

WHITNEY Z. BERNSTEIN
RYAN VAUGHAN FRASER
REBECCA S. ROBERTS
Defendant's Attorney

**USM Number** 06368-506

☐ _

THE DEFENDANT:

☐ pleaded guilty to count(s)

☒ was found guilty on count(s) 1, 2 AND 6 OF THE SECOND SUPERSEDING INDICTMENT
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 18:1349; 18:981(a)(1)(C),982(a)(2)(B),28:2461(c) - Wire Fraud Conspiracy | 1ss |
| 18:1343,2; 18:981(a)(1)(C),982(a)(2)(B),28:2461(c) - Wire Fraud | 2ss |
| 18:1956(h); 18:981(a)(1)(C),982(a)(2)(B),28:2461(c) - Conspiracy To Launder Monetary Instruments | 6ss |

The defendant is sentenced as provided in pages 2 through **3** of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) REMAINING AND UNDERLYING are dismissed on the motion of the United States.

☒ Assessment : $300.00 ($100 PER COUNT) - IMPOSED
–

☐ JVTA Assessment*: $
-

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine ☒ Forfeiture pursuant to order filed 10/10/2025 , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

OCTOBER 28, 2025
Date of Imposition of Sentence

Cynthia Bashant

HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
FORTY-EIGHT (48) MONTHS AS TO COUNTS 1ss, 2ss AND 6ss WITH EACH COUNT TO RUN CONCURRENT FOR A TOTAL OF FORTY-EIGHT (48) MONTHS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:

- PLACEMENT IN THE BOP RESIDENTIAL DRUG AND ALCOHOL TREATMENT PROGRAM (RDAP)
- PLACEMENT DESIGNATION TO THE WESTERN REGION OF THE UNITED STATES AT FCI TERMINAL ISLAND TO FACILITATE PHYSICAL AND MENTAL MEDICAL TREATMENT AND FAMILY VISITS. IF PLACEMENT AT TERMINAL ISLAND IS UNAVAILABLE, PLACEMENT DESIGNATION AS CLOSE AS POSSIBLE TO THE SOUTHERN DISTRICT OF CALIFORNIA

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at ____________ A.M. on ____________________

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ on or before

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________ to ____________________

at ____________________ , with a certified copy of this judgment.

____________________
UNITED STATES MARSHAL

By ____________________
DEPUTY UNITED STATES MARSHAL

## RESTITUTION

The defendant shall pay restitution in the amount of $100,894.711.12 unto the United States of America.

Pay restitution in the amount of $100,894.711.12 to Qualcomm through the Clerk, U. S. District Court. Payment of restitution shall be forthwith. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the restitution during his supervised release at the rate of $1,500 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment. Restitution amount is joint and several with all co-defendants (Sheida ALAN, Sanjiv TANEJA, Ali Akbar SHOKOUHI, and Bradley QUINTON).

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

The interest requirement is waived