ADAM GORDON
United States Attorney
NICHOLAS W. PILCHAK
California Bar No. 331711
JANAKI G. CHOPRA
California Bar No. 272246
ERIC R. OLAH
California Bar No. 295513
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9709
nicholas.pilchak@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANJIV TANEJA (3),<br><br>Defendant. | Case No.: 22cr1152-BAS-1<br><br>UNITED STATES' SENTENCING SUMMARY CHART<br><br>Date:    January 30, 2026<br>Time:    9:30 a.m. |
|---|---|

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, Assistant United States Attorneys, and hereby files the attached United States' Sentencing Summary Chart, regarding the above-referenced matter.

DATED: January 23, 2026.                    Respectfully submitted,

                                            ADAM GORDON
                                            United States Attorney

                                            _s/Nicholas W. Pilchak_
                                            NICHOLAS W. PILCHAK
                                            Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)
Sentencing Date:  January 30, 2026

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name:  Sanjiv Taneja                    Docket No.:  22cr1152-BAS-3

Attorney's Name:  Nicholas W. Pilchak              Phone No.:  (619) 546-9709

Guideline Manual Used:  November 1, 2025           Agree with USPO Calc.:  No

| | |
|---|---:|
| Base Offense Level(s): USSG § 2S1.1(b)(a)(1) | 6 |
| Specific Offense Characteristics: | |
| USSG § 2B1.1(b)(1)(N) (Loss Between $9.5 million and $20 million) | +20 |
| USSG § 2S1.1(b)(2)(B) (Violation of § 1957) | +1 |
| Adjustment for Role in the Offense: | 0 |
| Zero-Point Offender: USSG § 4C1.1 | -2 |
| Adjusted Offense Level: | 25 |

☒ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.

| | |
|---|---:|
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG § 3E1.1(b)] | -3 |
| Total Offense Level: | 22 |

Supervised Release Range (based on Total Offense Level): 1 to 3 years

Fine Range (based on Total Offense Level): $15,000 to $150,000

| | |
|---|---:|
| Criminal History Score: | 0 |
| Criminal History Category: | I |

Guideline Range: (range limited by statutory maximum)    from 41 mths
                                                          to 51 mths

| Departures: | |
|---|---:|
| Variance equivalent to 2 levels based on civil cooperation | -2 |
| Section 3553(a) variance equiv. to 2 levels to avoid unwarranted disparity with D.1 | -2 |
| USSG § 5K1.1 departure for criminal cooperation | -10 |
| Adjusted Offense Level: | 8 |

Resulting Guideline Range:    from 0 mths
                              to 6 mths

GOVERNMENT RECOMMENDATION: Time served in custody; 3 years' supervised release; $100 special assessment; $10,046,571.82 restitution; forfeiture as ordered at ECF 496