GIBSON, DUNN & CRUTCHER LLP
NICOLA T. HANNA, SBN 130694
nhanna@gibsondunn.com
JAMES N. ROTSTEIN, SBN 305072
jrotstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone (213) 229-7000

WINSTON Y. CHAN, SBN 214884
wchan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone (415) 393-8200

*Attorneys for Sanjiv Taneja*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANJIV TANEJA (D3),<br><br>Defendant. | CASE NO. 3:22-cr-01152-BAS<br><br>**SANJIV TANEJA'S SENTENCING SUMMARY CHART** |

Mr. Sanjiv Taneja, by and through undersigned counsel, hereby submits the following sentencing summary chart.

## SANJIV TANEJA'S SENTENCING SUMMARY CHART

**Defendant's Name**: Sanjiv Taneja          **Docket No.**: 3:22-CR-1152-BAS-3

**Attorney's Name**: Nicola T. Hanna          **Phone No.**: 213-229-7269

**Guideline Manual Used**: Nov. 2025          **Agree with USPO Calcs.**: No

| | |
|---|---|
| **Base Offense Level**: §§ 2S1.1(a)(1) / 2B1.1(a)(2) | +6 |
| **Specific Offense Characteristics**: § 2B1.1(b)(1)(K) (Loss > $9.5 million) | +20 |
| **Specific Offense Characteristics**: § 2S1.1(b)(2)(A) (Violation of § 1957) | +1 |
| **Adjustment for Acceptance of Responsibility**: §§ 3E1.1(a), (b) | -3 |
| **Adjustment for Zero-Point Offender**: § 4C1.1 | -2 |
| **Departures**: § 5K2.0 (Combination of Circumstances) | -2 |
| **Departures**: § 5K1.1 (Substantial Assistance) | -10 |
| **Downward Variance under 18 U.S.C § 3553(a)** (avoidance of unwarranted sentencing disparities) | -2 |
| **Total Offense Level**: | 8 |
| **Criminal History Score**: | 0 |
| **Criminal History Category**: | I |
| **Guideline Range**: | 0-6 months |
| **Recommended Sentence**:<br>Time served (two days) and one year of supervised release; $100 special assessment; restitution and forfeiture capped at already forfeited amount ($7,248,353.07) as ordered at ECF No. 496 | |

SANJIV TANEJA'S SENTENCING SUMMARY CHART

Dated:  January 23, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Nicola T. Hanna*
      Nicola T. Hanna
      Winston Y. Chan
      James N. Rotstein

*Attorneys for Sanjiv Taneja*

SANJIV TANEJA'S SENTENCING SUMMARY CHART