1  **DANIEL J. YADRON, Jr.**
   California State Bar No. 336765
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Danny_Yadron@fd.org
5
   Attorneys for Karim Arabi
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.: 22-cr-1152-BAS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| KARIM ARABI, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Daniel J. Yadron, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case, replacing attorney Vincent J. Brunkow.

                                        Respectfully submitted,

Dated: February 10, 2026           *s/ Daniel J. Yadron, Jr.*
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Karim Arabi
                                   Email: Danny_Yadron@fd.org

---

1                                                           **22-cr-1152-BAS**
NOTICE OF APPEARANCE
AS LEAD COUNSEL