DAVID K. WILLINGHAM (Bar No. 198874)
*dwillingham@kslaw.com*
JAMIE A. LANG (Bar No. 253769)
*jlang@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant ALI AKBAR SHOKOUHI

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KARIM ARABI, et al.,<br>Defendants. | Case No. 3:22-cr-01152-BAS-KSC-4<br><br>**DEFENDANT ALI AKBAR SHOKOUHI'S MOTION FOR RETURN OF DEFENDANT'S PASSPORT**<br><br>The Honorable Cynthia A. Bashant |

Defendant Ali Akbar Shokouhi, by and through his counsel of record, hereby moves this Court to issue an order for the return of his passport which is in the possession of the Pretrial Services Office.

Mr. Shokouhi surrendered his passport to the Pretrial Services Office as part of his pretrial release conditions. ECF No. 42.

On February 6, 2026, this Court sentenced Mr. Shokouhi to time served and exonerated his bond. ECF Nos. 537, 541.

Since Mr. Shokouhi has now been sentenced and his bond has been exonerated, he respectfully asks that this Court order the return of his passport to him.

The government does not oppose this motion.

Dated: March 20, 2026

**KING & SPALDING LLP**

By: *<u>/s/ David K. Willingham</u>*
David K. Willingham
Jamie A. Lang
*Attorneys for Ali Akbar Shokouhi*