UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALI AKBAR SHOKOUHI (4), Defendant. | Case No. 22-CR-1152-BAS<br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 8, 2026, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of ALI AKBAR SHOKOUHI ("Defendant") in the following real property upon Defendant's failure to pay $6,616,119.17 to the Clerk of Court prior to the date set for sentencing for direct application to restitution, as well as $16,084,946 in the form of a personal forfeiture money judgment representing the proceeds Defendant received from his involvement in the offense, pursuant to Title 18, United States Code, Section 982(a)(1):

a. 4760 Rancho Del Mar Trail, San Diego, CA (APN: 304-630-04-00), legally described as follows:

PARCEL 1:

LOT 4 OF DEL MAR HIGHLANDS ESTATES, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO.

13818, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 2, 1999.

AMENDED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 23, 1999 AS FILE NO. 1999-0830872 AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED NOVEMBER 21, 2008 AS INSTRUMENT NO. 08-603976 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM, UNTIL DECEMBER 31, 2004, AS A MINERAL INTEREST AND NOT AS A ROYALTY INTEREST, ALL OF THE MINERALS OF EVERY KIND, INCLUDING, BUT NOT LIMITED TO, ALL OIL, GAS, HYDROCARBONS AND ASSOCIATED SUBSTANCES IN, UNDER OR THAT MAY BE EXTRACTED, PRODUCED AND SAVED FROM SAID REAL PROPERTY BUT WITHOUT THE RIGHT OF ENTRY TO THE SURFACE OF SAID REAL PROPERTY OR THE TOP 500 FEET OF THE SUBSURFACE OF SAID REAL PROPERTY FOR THE PURPOSES OF EXPLORING FOR, DEVELOPING AND REMOVING SUCH MATERIALS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE DRIVES, STREET AND COMMON AREA OF THE ABOVE-REFERENCED TRACT MAP, AS PROVIDED FOR IN AND SUBJECT TO THAT CERTAIN AMENDED AND RELATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS FOR RANCHO PACIFICA HOMEOWNERS ASSOCIATION RECORDED FEBRUARY

11, 2000 AS INSTRUMENT NO. 00-73953 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

For thirty (30) consecutive days ending on March 12, 2026, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

On October 3, 2023, Fariba Shokouhi, Defendant's wife, signed a Spousal Consent and Agreement to Forfeiture, in which she agreed and consented to the forfeiture of all property seized in connection with the criminal case against Defendant Shokouhi including, but not limited to, a personal money judgment against Defendant in the amount of $16,084,946 and to the immediate forfeiture of any and all interest she has in the real property located at 4760 Rancho Del Mar Trail, San Diego, CA (APN: 304-630-04-00), upon failure of Defendant to timely make the pre-payment of $6,616,119.17.

There were no potential third parties known to the United States to have alleged an interest in the forfeited real property. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited real property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of Defendant to pay $6,616,119.17 to the Clerk of Court prior to the date set for sentencing for direct application to restitution, and failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title,

and interest of ALI AKBAR SHOKOUHI and any and all third parties, including Fariba Shokouhi, in the following real property is hereby condemned, forfeited, and vested in the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1):

a. 4760 Rancho Del Mar Trail, San Diego, CA (APN: 304-630-04-00), legally described as follows:

PARCEL 1:

LOT 4 OF DEL MAR HIGHLANDS ESTATES, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13818, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 2, 1999. AMENDED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 23, 1999 AS FILE NO. 1999-0830872 AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED NOVEMBER 21, 2008 AS INSTRUMENT NO. 08-603976 OF OFFICIAL RECORDS. EXCEPTING THEREFROM, UNTIL DECEMBER 31, 2004, AS A MINERAL INTEREST AND NOT AS A ROYALTY INTEREST, ALL OF THE MINERALS OF EVERY KIND, INCLUDING, BUT NOT LIMITED TO, ALL OIL, GAS, HYDROCARBONS AND ASSOCIATED SUBSTANCES IN, UNDER OR THAT MAY BE EXTRACTED, PRODUCED AND SAVED FROM SAID REAL PROPERTY BUT WITHOUT THE RIGHT OF ENTRY TO THE SURFACE OF SAID REAL PROPERTY OR THE TOP 500 FEET OF THE SUBSURFACE OF SAID REAL PROPERTY FOR THE PURPOSES OF EXPLORING FOR, DEVELOPING AND REMOVING SUCH MATERIALS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE DRIVES, STREET AND COMMON AREA OF THE ABOVE-REFERENCED TRACT MAP, AS PROVIDED FOR IN AND SUBJECT TO THAT CERTAIN AMENDED AND RELATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS FOR RANCHO PACIFICA HOMEOWNERS ASSOCIATION RECORDED FEBRUARY 11, 2000 AS INSTRUMENT NO. 00-73953 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

IT IS FURTHER ORDERED that the United States Marshals Service and Federal Bureau of Investigation dispose of the forfeited property forthwith in accordance with the law.

DATED: April 15, 2026

Hon. Cynthia Bashant, Chief Judge
United States District Court